United States Bankruptcy Court

Southern District of Florida

In re:                                                                                              Case No. 22-13884-LMI

Luis Nieto                                                                                        Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 113C-1                              User: admin                                        Page 1 of 2

Date Rcvd: May 18, 2022                           Form ID: pdf008                                    Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
|--------|-----------|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2022:**

| Recip ID | | Recipient Name and Address |
|----------|--|----------------------------|
| db | + | Luis Nieto, 15630 SW 58th Ter, Miami, FL 33193-2818 |
| 96588029 | + | Reverse Mortgage Solutions, Inc., 5010 Linbar Drive, Suite 100, Nashville, TN 37211-5064 |
| 96588032 | + | WF CRD SVC, PO BOX 14517, Des Moines, IA 50306-3517 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|----------|--|----------------------------|-----------|----------------------------|
| smg | | Email/Text: OGCBankruptcy@floridarevenue.com | May 18 2022 22:25:00 | Florida Department of Revenue, POB 6668, Bankruptcy Division, Tallhassee, FL 32314-6668 |
| 96588016 | + | Email/PDF: bncnotices@becket-lee.com | May 18 2022 22:29:15 | American Express, PO BOX 981537, El Paso, TX 79998-1537 |
| 96588018 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 18 2022 22:25:00 | Comenity Bank/NWYRK&CO, 3095 Loyalty Circle, Building A, Columbus, OH 43219-3673 |
| 96588017 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 18 2022 22:25:00 | Comenity Bank/NWYRK&CO, PO Box 182789, Columbus, OH 43218-2789 |
| 96588019 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 18 2022 22:25:00 | Comenity Bank/Victoria Secret, Bankruptcy Department, PO Box 182789, Columbus, OH 43218-2789 |
| 96588020 | | Email/Text: jill@ffcc.com | May 18 2022 22:25:00 | First Fed Credit Control, 2470 Chagrin Blvd, Ste 205, Beachwood, OH 44122-5630 |
| 96588022 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 18 2022 22:29:05 | LVNV Funding LLC, 55 Beattie Place, Greenville, SC 29601-5115 |
| 96588023 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 18 2022 22:28:45 | Merrick Bank Corporation, PO BOX 9201, Old Bethpage, NY 11804-9001 |
| 96588024 | | Email/Text: paula.tilley@nrsagency.com | May 18 2022 22:25:00 | Nationwide Recovery Service, 545 W. Inman Street, Cleveland, TN 37311 |
| 96588025 | + | Email/Text: bnc@nordstrom.com | May 18 2022 22:25:55 | Nordstrom/TD Bank USA, 13531 E Caley Ave, Englewood, CO 80111-6504 |
| 96588026 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 18 2022 22:28:48 | Portfolio Recovery Associates, 120 Corporate Blvd., Ste. 100, Norfolk, VA 23502 |
| 96588027 | | Email/Text: accounting@recoveryrmg.com | May 18 2022 22:25:00 | Receivable Mgmt. Group, 2901 University Ave., # 29, Columbus, GA 31907-7606 |
| 96588028 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 18 2022 22:29:15 | Resurgent/LVNV FUNDING, PO Box 1269, Greenville, SC 29602-1269 |
| 96588030 | + | Email/Text: bnc-bluestem@quantum3group.com | May 18 2022 22:26:00 | WebBank/Finger Hut, 13300 Pioneer Trail Eden, Eden Prairie, MN 55347-4120 |

District/off: 113C-1 | User: admin | Page 2 of 2
Date Rcvd: May 18, 2022 | Form ID: pdf008 | Total Noticed: 18

96588031        +  Email/Text: bnc-bluestem@quantum3group.com

May 18 2022 22:26:00   Webbank/Fingerhut, 6250 Ridgewood ROA, Saint Cloud, MN 56303-0820

TOTAL: 15

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 96588021 | ##+ | FST Federal Credit & Col, 3440 Hollywood Boulevard, Suite 415, Hollywood, FL 33021-6933 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2022          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christina Candace Scott | on behalf of Debtor Luis Nieto cscott@legalservicesmiami.org |
| Nancy K. Neidich | e2c8f01@ch13miami.com  ecf2@ch13miami.com |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |

TOTAL: 3

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

■ _____ Original Plan

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

☐ _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Luis Nieto_____    JOINT DEBTOR: _____    CASE NO.: _____

SS#: xxx-xx- 1431____    SS#: xxx-xx-_____

## I.    NOTICES

To Debtors:     Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors:     Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties:     The plan contains no nonstandard provisions other than those set out in paragraph IX. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ■ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ■ Not included |
| Nonstandard provisions, set out in Section IX | ☐ Included | ■ Not included |

## II.    PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A.    MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1.    $271.03_____    for months _1_ to _60_ ;

2.    $0.00_____    for months ____ to____ ;

3.    $0.00_____    for months ____ to____ ;

**B.    DEBTOR(S)' ATTORNEY'S FEE:**    ■ NONE    ☐ PRO BONO

## III.    TREATMENT OF SECURED CLAIMS    ☐ NONE

**A.    SECURED CLAIMS:**    ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1.  Creditor: Reverse Mortgage Solutions, Inc._____

    Address: 5010 Linbar Drive, Ste 100 Nashville, TN 37211

    Arrearage/ Payoff on Petition Date    5,329.37_____

    [Select Payment Type]    $88.82    /month (Months _1_ to _60_ )

    Last 4 Digits of Account No.:    3465_____

    Other: _____

Debtor(s): Luis Nieto                         Case number: _____

☑ Real Property                              Check one below for Real Property:

   ☑ Principal Residence          ☐ Escrow is included in the regular payments

   ☐ Other Real Property          ☑ The debtor(s) will pay   ☑ taxes   ☑ insurance directly

Address of Collateral:

15630 SW 58th Ter
Miami, FL 33193

☐ Personal Property/Vehicle

Description of Collateral: Debtor's home

**B.  VALUATION OF COLLATERAL:**  ☑ NONE

**C.  LIEN AVOIDANCE**  ☑ NONE

**D.  SURRENDER OF COLLATERAL:**  ☑ NONE

**E.  DIRECT PAYMENTS**  ☑ NONE

**IV.  TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]  ☑ NONE

**V.  TREATMENT OF UNSECURED NONPRIORITY CREDITORS**  ☐ NONE

   **A.** Pay _____$157.57_____ /month (Months _1_ to _60_ )

   Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

   **B.** ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

   **C.** SEPARATELY CLASSIFIED:  ☐ NONE

     1.  Name of Creditor: _____

     Payment Address: _____

     Last 4 Digits of Account No.: _____

     Basis for Separate Classification _____

      Payable _____$0.00_____ /month (Months ___ to ___ )

   *Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

**VI.  STUDENT LOAN PROGRAM**  ☑ NONE

**VII.  EXECUTORY CONTRACTS AND UNEXPIRED LEASES**  ☑ NONE

**VIII.  INCOME TAX RETURNS AND REFUNDS:**

   ☑ The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee (but not file with the Court) with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income. [Miami cases]

**IX.  NON-STANDARD PLAN PROVISIONS**  ☑ NONE

Debtor(s): Luis Nieto _____    Case number: _____

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.


_____   Debtor   _____        _____   Joint Debtor   _____
Luis Nieto                                                Date                                                                                                          Date


_____        _____
                                                                Date

Attorney with permission to sign on
Debtor(s)' behalf who certifies that
the contents of the plan have been
reviewed and approved by the
Debtor(s).[1]


**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph IX.**

_____

[1]This certification requirement applies even if the Debtor(s) have executed a limited power of attorney to Debtor(s)' attorney authorizing the attorney to sign documents on the Debtor(s)' behalf.